FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Sanders    456214          COMPLAINT

(Last Name)        (Identification Number)

RJ

(First Name)        (Middle Name)

Harrison County Adult Correction Center

(Institution)

10451 Larkin Smith dr.

(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

V.

Harrison County Sheriff dept.

Harrison County circuit court

District Attorneys office

*(Enter above the full name of the defendant or defendants in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 12 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

CIVIL ACTION NUMBER: 1:26cv15 TBM-RPM

(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING:**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any other lawsuits in a court of the United States?        Yes ( ) No (✓)

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.    Parties to the action:_____

2.    Court (if federal court, name the district; if state court, name the county):_____

3.    Docket Number:_____

4.    Name of judge to whom case was assigned:_____

5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):_____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: **RJ Sanders**    Prisoner Number: **456214**

Address: **10451 Larkin Smith dr.    Gulfport, MS 39501**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: **Harrison County Sheriff Dept, Harrison County** is employed as **Circuit Court, District Attorneys office** at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF.

NAME: **RJ Sanders**    ADDRESS: **10451 Larkin Smith Dr.**

DEFENDANT(S):

NAME:    ADDRESS:

**Harrison County Sheriffs Dept**    **10451 Larkin Smith Dr.**

**Harrison County Circuit Court**    **P.O. Box 1754    1st**

**District Attorneys office**    **P.O. Box 1180**

2

## GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )    No ( ✓ )

B.    Are you presently incarcerated for a parole or probation violation?

Yes ( )    No ( ✓ )

C.    At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )    No ( ✓ )

D.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )    No ( ✓ )

E.    Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( )    No ( ✓ ), if so, state the results of the procedure: __No remedy Program__

__aUailable__

F.    If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.    Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes ( )    No ( ✓ )

2.    State how your claims were presented (written request, verbal request, request for forms): __Procedures__ __for Complaint is unavailable for this case__

3.    State the date your claims were presented: _____

4.    State the result of the procedure: _____

3

# STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

While in Sacramento, CA I was bought in due to a detainer hold in Harrison County, MS. I was on hold for 30 days for HCSO to come get me. They never got me, I was then released by Sacramento Police the night the 30 days was up, I was dressed out in street clothes and leaving the Police Station when 2 offices from Harrison County Sheriff office Showed up and detained me and was never told why I was being detained. I was held detained for hours in the area before eventually being flown to Atlanta and then to Gulfport. This was an illegal detainment. (Cont. on Next page)

# RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Charges dismissed, Sentence dismissed or quashed. $2,500,000 due to anxiety, mental abuse, and anguish, as well as for destruction of personal property, legal work, and illegal detainment.

Signed this 7th day of January 20 26.

R.J. Sander   456214

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

1-7-2026
(Date)

R.J. Sander
Signature of plaintiff

4



Also as part of the same suit, I was prejudiced against by the D.A. office, public defenders office, and Circuit Court.

Prejudice due to the fact I have trouble understanding what is stated to me and at my age I easily forget things. My public defenders railroaded me into signing a plea deal with false promises. Ron Peresich would work on one deal, Philp Wittman would come in and change things for the worse. They were ineffective counsel.

During court I was met with a female judge and female prosecutor to handle cases of sexual battery which will be viewed strictly in a females perspective which causes prejudice to a defendent when sentencing.

District attorney office prejudiced me by having a female D.A., ADA handling this case.

furthermore, during sentencing, I was prejudiced against by Lisa Dodson when she nodded off to the female D.A.\ADA in what was going to be a 20 year sentence changed to life and was told that I had no remorse, never understanding the questions or what was going on.

Also common knowledge that Dodsons color of fingernails determines what time she will give for that specific day. I believe the Judicial Commission needs to audit these cases.

What I am suing for is -

- Illegal detainment
- Ineffective Counsel \ Prejudice
- Prejudiced against by Judge Dodson
- Prejudiced against by Female D.A.\ AdA.
- High Sentence.
- Destroying all my legal work and notes on Shakedown

Furthermore, Similar cases come through with Sentences often So different, like Some cases will see majority Suspended Sentence, Some only a couple Years, few ever more than 10 unless taken to trial, and then mine Which was a plea, gets life, the Plea deal put In front of me was Outraegous anyway and they got anxious When I mentioned the 1983 and immediately got me in Court and intimidated to Sign the plea deal.

Also to add, an Officer on the floor named Ladell (SP?) came into my Cell sometime end of 2024 took all my legal Paperwork, notes, Canteen, Other Various items and Confiscated and threw all away. All these things Prejudiced me because I Could not make a better defense in my Case. With my age and memory, hard to remember anything. Also to note, Current Public defender Peresich and Wittman failed to re-Supply any evidence, discovery, or anything to me.