IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RJ SANDERS                                                                    PLAINTIFF

v.                                               CIVIL ACTION NO. 1:26-cv-00015-TBM-RPM

HARRISON COUNTY SHERIFF DEPT., et al.                              DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE for failure to obey the Court's Orders and to prosecute.

SO ORDERED AND ADJUDGED, this the 30th day of April, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE